# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE STRZELCZYK,  : No. 31 MM 2016

Petitioner  :

v.  :

COURT OF COMMON PLEAS FOR  :
MONROE COUNTY,  :

Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.